

# Fourth Court of Appeals
## San Antonio, Texas

April 21, 2014

No. 04-14-00062-CV

Steven **STAMPS** and Eva Stamps,
Appellants

v.

Alva Elia **RUIZ**,
Appellee

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 12-08-11759-DCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

After the court reported filed a notification of late reporter's record, we ordered appellants to provide written proof to this court that the reporter's fee has been paid or arrangements have been made to pay the reporter's fee. The appellants have now filed written proof that arrangements have been made to pay the reporter's fee. We therefore ORDER the court reporter, Patricia Salinas, to file the reporter's record on or before **May 21, 2014**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of April, 2014.

_____
Keith E. Hottle
Clerk of Court